UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **DIRECTV, INC.,** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )   No. 3:03cv0809 AS |
| | ) |
| **DANIEL URBANSKI,** | ) |
| | ) |
| Defendant. | ) |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case.  Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 23, 2007, and as of today, there were no objections or responses filed by the defendant.  This court now **ADOPTS** the recommendation of the magistrate judge.  The Court will enter a separate order granting the motion for default judgment.  **IT IS SO ORDERED.**

**DATED: February 20, 2007**

                                                      **S/ ALLEN SHARP**
                                      **ALLEN SHARP, JUDGE**
                                      **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein